08-2151-cv
Manko v. Deutsche Bank

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED ON ANY PARTY NOT REPRESENTED BY COUNSEL UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV/). IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of December, two thousand and nine.

Present: ROBERT D. SACK,
         RICHARD C. WESLEY,
                 *Circuit Judges*,
         JOHN F. KEENAN,
                 *District Judge.*[*]

_____

LIUBA MANKO,

        *Plaintiff-Appellant*,

   - v. -                                    (08-2151-cv)

DEUTSCHE BANK,

        *Defendant-Appellee*.

_____

---

[*] The Honorable John F. Keenan, United States District Court for the Southern District of New York, sitting by designation.

For Appellant:                    LIUBA MANKO, *pro se*, New York, New York.

For Appellee:                     JOHN HOUSTON POPE (James G. Murphy, *on the brief*), Epstein Becker & Green P.C., New York, New York.

Appeal from the United States District Court for the Southern District of New York (Buchwald and Griesa, *JJ.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the orders of the United States District Court for the Southern District of New York are **AFFIRMED.**

Plaintiff Liuba Manko, *pro se*, brought this action under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e *et seq.*, the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*, the Equal Pay Act, 29 U.S.C. § 206 *et seq.*, and the Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq.*  The United States District Court for the Southern District of New York (Griesa, *J.*) dismissed plaintiff's religious discrimination and retaliation claims for failure to exhaust administrative remedies, and held that her Equal Pay Act claim was time-barred.  Following discovery, the district court (Buchwald, *J.*) granted summary judgment in favor of defendant on plaintiff's remaining Title VII claims for gender and national origin

discrimination, her sexual harassment claim, and her ERISA claim.  Plaintiff appeals both of these decisions, as well as the district court's denial of her motion to compel discovery.  We presume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

Having conducted a *de novo* review of the record, we find each of plaintiff's arguments to be without merit and affirm for substantially similar reasons as those stated by the district court in the written decisions explaining two of the orders from which plaintiff appeals.  *Manko v. Deutsche Bank*, 554 F. Supp. 2d 467 (S.D.N.Y. 2008); *Manko v. Deutsche Bank*, No. 02 Civ. 10180, 2004 WL 574659 (S.D.N.Y. Mar. 22, 2004).  Moreover, it cannot be said that the district court abused its discretion in denying plaintiff's motion to compel discovery.  Accordingly, the orders of the district court are hereby **AFFIRMED.**

For the Court
Catherine O'Hagan Wolfe, Clerk


By: _____

3